EXHIBIT A

# Alan C. Heffner, MD

## Personal

| | |
|---|---|
| Address | Carolinas Medical Center<br>1000 Blythe Blvd.<br>MEB 5, Department of Internal Medicine<br>Charlotte, NC 28232-2861<br>(704) 335-3165<br>Alan.heffner@carolinashealthcare.org |

[black redaction box]

| | |
|---|---|
| Birthdate | [black redaction box]<br>Gainesboro, TN; Jackson County |
| Citizenship | United States of America |

## Education

| Fellowship | University of Pittsburgh Medical Center<br>Pittsburgh, PA<br>Department of Critical Care Medicine<br>Multidisciplinary Critical Care Training Program | 7/2005-6/2007 |
|---|---|---|
| | NIH National Research Service Award (T-32) Fellowship<br>University of Pittsburgh Medical Center<br>Department of Critical Care Medicine | 8/2006-6/2007 |
| Internship<br>Residency | Carolinas Medical Center<br>Charlotte, NC<br>Department of Emergency Medicine<br>&bull; Chief Resident 1999-2000 | 7/1997-7/2000 |
| Medical | Medical College of Virginia<br>Virginia Commonwealth University, Richmond, VA | 8/1993-6/1997 |
| College | James Madison University<br>Harrisonburg, VA<br>B.S. Biology | 8/1988-6/1992 |

## Appointments

Current:
Medical-Surgical Intensivist                    Co-Director of Critical Care
Emergency Physician                             Director of ECMO Services
                                                HealthCare System Sepsis Medical Director

Carolinas Medical Center                                        7/2007-present
Pulmonary and Critical Care Consultants
Department of Internal Medicine
Department of Emergency Medicine

Surgical Critical Care Fellowship Faculty                       2010-present

Professor of Internal Medicine and Emergency Medicine          2017-present
Carolinas HealthCare System

Associate Professor at Carolinas HealthCare System             2013-2017
Assistant Professor at Carolinas HealthCare System             2007-2013

Clinical Associate Professor                                   2013-present
Clinical Assistant Professor                                   2007-2013
University of North Carolina School of Medicine

Mercy Hospital, Pittsburgh, PA                                 7/2006-7/2007
Mercy Critical Care Associates
Medical-surgical Intensivist

Naval Medical Center Portsmouth                                7/2000-6/2005
Portsmouth, VA
Department of Emergency Medicine
Faculty; Lieutenant Commander
- Assistant Residency Director and Education Coordinator 2002-2003
- Intern Coordinator 2000-2002

Medical College of Virginia / Virginia Commonwealth University   11/2000-8/2003
Richmond, VA
Department of Emergency Medicine
Clinical instructor

## Certification

ABEM Internal Medicine – Critical Care Medicine Certification    2013

American Board of Emergency Medicine (ABEM) #200314 Recertification  2011

Neurocritical Care Certificate                                   2010
    United Council for Neurologic Subspecialties (UCNS)

Diploma in Intensive Care Medicine (EDIC)                        2009
European Society of Intensive Care Medicine (ESICM)

American Board of Emergency Medicine (ABEM) #200314          2001

**Additional Training**

Carolinas HealthCare System Co-Leadership Institute          2016

Carolinas HealthCare System Physician Leadership Institute          2013
     Queens University McColl School of Business

Emergency Neurologic Life Support (ENLS)          2016, 2012

US Marine Corps Mountain Warfare Survival Medicine Training          2003
US Army Medical Management of Chemical/Biological Casualties Course          2002

Advanced Cardiac Life Support (ACLS)          1997-present
     Instructor 2000-2007
Advanced Trauma Life Support (ATLS)          1997-2013

**Individual Honors and Awards**

Fellow of Critical Care Medicine (FCCM)          2016
American Academy of Critical Care Medicine
Society of Critical Care Medicine

Lecturer of the Year Award          2015
Integrated Simulation Curriculum Program
UNC School of Medicine – Charlotte Campus

American Academy of Family Physicians (AAFP) Teaching Award          2015
Resident selection for exemplary teaching

Vanguard Award for medical education          2010
Edwards Lifesciences

Top Doctors in Charlotte          2016, 2014, 2012, 2011, 2010
Charlotte Magazine, Peer selected

Fellow of the Year          2006
University of Pittsburgh Medical Center, Department of Critical Care Medicine

Clinical Teaching Recognition Award          2006
School of Medicine, University of Pittsburgh

Outstanding Faculty Teaching Award          2005
Naval Medical Center Portsmouth, Department of Emergency Medicine

Outstanding Faculty Teaching Award          2004
Naval Medical Center Portsmouth, Department of Emergency Medicine

Navy and Marine Corps Commendation Medal          2004
For contributions as faculty; Naval Medical Center Portsmouth

| | |
|---|---|
| Outstanding Faculty Teaching Award<br>Naval Medical Center Portsmouth, Department of Emergency Medicine | 2003 |
| SAEM Clinical Pathological Case (CPC) Competition<br>Best Discussant; Regional Semi-Finalist | 2003 |
| Combat Action Ribbon<br>Navy and Marine Corps Achievement Medal<br>Operation Enduring Freedom, Afghanistan | 2002 |
| Hospital Physician Teacher of the Year<br>Naval Medical Center Portsmouth | 2001 |
| Outstanding Resident Teaching Award<br>Carolinas Medical Center, Department of Emergency Medicine | 2000 |
| Alpha Omega Alpha Honor Medical Society<br>     Student president, Brown-Sequard Chapter; 1996-1997 | 1996 |
| MCV School of Medicine Aesculapian Scholar<br>Sidney-Barham Scholarship Award<br>Aubrey H. Straus Microbiology Award<br>Adolph D. Williams Scholarship Award (highest class rank) | 1995<br>1995<br>1995<br>1994 |

**Institutional Honors and Awards**

| | |
|---|---|
| Sepsis Heroes Award<br>Sepsis Alliance | 2015 |
| ELSO Award for Excellence in Life Support<br>Extracorporeal Life Support Organization (ELSO) | 2014 |
| ELSO Award for Excellence in Life Support<br>Extracorporeal Life Support Organization (ELSO) | 2012 |
| Joint Commission Ernest Amory Codman Award for<br>Carolinas Medical Center *Code Sepsis* program | 2008 |

**Bibliography**

**Chapters**

44. Placement of Femoral Venous Catheters
     Androes MP, <u>Heffner AC</u>,
     In: UpToDate, 2016
43. Extracorporeal Life Support
     Kerns R, <u>Heffner AC</u>
     In: Critical Care Toxicology, 2nd Edition
     Brent J, Hatten B, Burkhart K, et al. Springer Press; 2016
42. The Unstable Patient: Optimization for Emergency Airway Management
     Mosier, JM, <u>Heffner AC</u>, Sakles JC
     In: Manual of Emergency Airway Management; 5th Edition
     Walls RM and Murphy MF. Lippincott Williams & Wilkins; In press 2016

41. Anesthesia and Sedation for Awake Intubation
    Heffner AC, DeBlieux PMC
    In: Manual of Emergency Airway Management; 5th Edition
    Walls RM and Murphy MF. Lippincott Williams & Wilkins; In press 2016
40. Flexible Endoscopic Intubation
    Heffner AC, DeBlieux PMC
    In: Manual of Emergency Airway Management; 5th Edition
    Walls RM and Murphy MF. Lippincott Williams & Wilkins; In press 2016
39. Noninvasive Ventilation
    Heffner AC, DeBlieux PMC
    In: Manual of Emergency Airway Management; 5th Edition
    Walls RM and Murphy MF. Lippincott Williams & Wilkins; In press 2016
38. Mechanical Ventilation
    Heffner AC, DeBlieux PMC
    In: Manual of Emergency Airway Management; 5th Edition
    Walls RM and Murphy MF. Lippincott Williams & Wilkins; In press 2016
37. Overview of Central Venous Access
    Heffner AC, Androes MP
    In: UpToDate, 2016
36. Thoracentesis
    Jefferson B, Heffner AC
    In: Interventional Critical Care: A manual for Advanced Care Practitioners
    Taylor D et al. Springer International, 1st Ed, 2016
35. Complicated Skin and Soft Tissue Infections
    Carlson CG, Heffner AC
    In: Acute Critical Care, 1st Ed
    Shiber J et al. Springer Press; In press 2016
34. Fluid Management in Critical Illness
    Heffner AC, Robinson MT
    In: Emergency Department Resuscitation of the Critically Ill; 2nd Edition
    Winters ME et al. American College of Emergency Physicians (ACEP); In press 2016
33. Severe Sepsis and Septic Shock
    Heffner AC
    In: Emergency Department Resuscitation of the Critically Ill; 2nd Edition
    Winters ME et al. American College of Emergency Physicians (ACEP); In press 2016
32. Fluid Management of Critical Illness
    Heffner AC, Robinson MT
    In: Critical Care Emergency Medicine; 2nd Edition
    Farcy DA et al. McGraw-Hill Professional, 2016
31. Extracorporeal Life Support
    Farcy DA, Heffner AC, Napolitano L
    In: Critical Care Emergency Medicine; 2nd Edition
    Farcy DA et al. McGraw-Hill Professional, 2016
30. Post-Cardiac Arrest Management
    Heffner AC, Pearson DA
    In: Critical Care Emergency Medicine; 2nd Edition
    Farcy DA et al. McGraw-Hill Professional, 2016

29. Emergency Pericardiocentesis
    Heffner AC
    In: UpToDate. 2015
28. Monoarticular Arthritis
    Heffner AC
    In: The Clinical Practice of Emergency Medicine, 6th Edition
    Harwood-Nuss et al. Lippincott Williams & Wilkins. 2014
27. Sepsis and Shock with Infection
    Jones AE, Heffner AC
    In: Emergency Department Critical Care
    Yealy DM and Callaway C. Oxford University Press. 2013
26. Placement of Femoral Venous Catheters
    Heffner AC, Androes MP
    In: UpToDate. 2013
25. Placement of Subclavian Venous Catheters
    Heffner AC, Androes MP
    In: UpToDate. 2013
24. Placement of Jugular Central Venous Catheters
    Heffner AC, Androes MP
    In: UpToDate. 2013
22. Emergency Pericardiocentesis
    Heffner AC
    In: UpToDate. 2013
23. Overview of Central Venous Access
    Heffner AC, Androes MP
    In: UpToDate. 2013
21. Anesthesia and Sedation for Awake Intubation
    Heffner AC, DeBlieux PMC
    In: Manual of Emergency Airway Management; 4th Edition
    Walls RM and Murphy MF. Lippincott Williams & Wilkins 2012
20. Oxygen and Carbon Dioxide Monitoring
    Heffner AC, Reardon RF
    In: Manual of Emergency Airway Management; 4th Edition
    Walls RM and Murphy MF. Lippincott Williams & Wilkins 2012
19. The Patient in Shock
    Heffner AC
    In: Manual of Emergency Airway Management; 4th Edition
    Walls RM and Murphy MF. Lippincott Williams & Wilkins 2012
18. Mechanical Ventilation
    DeBlieux PMC, Heffner AC
    In: Manual of Emergency Airway Management; 4th Edition
    Walls RM and Murphy MF. Lippincott Williams & Wilkins 2012
17. Acid-Base Disorders
    Robinson M, Heffner AC
    In: Emergency Medicine, 2nd Edition
    Adams JG et al. Elsevier Health Sciences; 2012
16. Fluid Management
    Heffner AC, Robinson M
    In: Emergency Medicine, 2nd Edition
    Adams JG et al. Elsevier Health Sciences; 2012

15. Severe Sepsis and Septic Shock
    <u>Heffner AC</u>
    In: Emergency Department Resuscitation of the Critically Ill
    American College of Emergency Physicians (ACEP); 2011

14. Fluid Management in Critical Illness
    <u>Heffner AC</u>, Robinson MT
    In: Emergency Department Resuscitation of the Critically Ill
    American College of Emergency Physicians (ACEP); 2011

13. Emergency Pericardiocentesis
    <u>Heffner AC</u>
    In: UpToDate. 2011

12. Fluid Management of Critical Illness
    <u>Heffner AC</u>, Robinson MT
    In: Critical Care Emergency Medicine, 1st Edition
    Farcy DA et al. McGraw-Hill Professional; 2011

11. Post-Cardiac Arrest Management
    <u>Heffner AC</u>
    In: Critical Care Emergency Medicine, 1st Edition
    Farcy DA et al. McGraw-Hill Professional; 2011

10. Acid-Base Disorders
    Robinson M, <u>Heffner AC</u>
    In: Emergency Medicine, 2nd Edition
    Adams JG et al. Elsevier Health Sciences; 2011

9. Fluid Management
   <u>Heffner AC</u>, Robinson M
   In: Emergency Medicine, 2nd Edition
   Adams JG et al. Elsevier Health Sciences; 2011

8. Diagnosis and Therapy of Metabolic Alkalosis
   <u>Heffner AC</u>, Murugan R, Madden N, et al.
   In: Critical Care Nephrology; 2nd Edition
   Ronco C et al. Saunders Elsevier; 2009

7. Monoarticular Arthritis
   <u>Heffner AC</u>
   In: The Clinical Practice of Emergency Medicine, 5th Edition.
   Wolfson AB et al. Lippincott Williams & Wilkins; 2010

6. Fluid Management
   <u>Heffner AC</u>, Robinson M
   In: Emergency Medicine, 1st Edition
   Adams JG et al. Elsevier Health Sciences; 2008

5. Acid-Base Disorders
   Robinson M, <u>Heffner AC</u>
   In: Emergency Medicine, 1st Edition
   Adams JG et al. Elsevier Health Sciences; 2008

4. Central Venous Access
   <u>Heffner AC</u>
   In: UpToDate. 2007

3. Monoarticular Arthritis
   <u>Heffner AC</u>
   In: The Clinical Practice of Emergency Medicine, 4th Edition.
   Wolfson AB et al. Lippincott Williams & Wilkins; 2005

2. Esophageal Foreign Bodies
   Munter D, <u>Heffner A</u>
   In: Clinical Procedures in Emergency Medicine, 4th Edition
   Roberts JR and Hedges J. W.B. Saunders Company; 2003
1. Monoarticular Arthritis
   <u>Heffner AC</u>
   In: The Clinical Practice of Emergency Medicine, 3rd Edition
   Harwood-Nuss et al. Lippincott Williams & Wilkins; 2001

**Refereed Original Contributions**

23. Missed opportunities? An evaluation of potentially preventable poisoning deaths
    Srisuma S, Cao D, Kleinschmidt K, <u>Heffner AC</u>, Lavonas EJ
    *Clin Toxicol.* 2016 March 21:1-6. PMID 26998958
22. Early neurologic exam is not reliable for prognostication in post-cardiac arrest patients who undergo therapeutic hypothermia
    Merrill MS, Wares CM, <u>Heffner AC</u>, et al
    *Am J Emerg Med.* 2016 June; 34(6):975-9. PMID 26994681
21. Urinary obstruction is a common and important complication of septic shock due to urinary infection
    Reyner K, <u>Heffner AC</u>, Karvetski C
    *Am J Emerg Med.* 2016 April; 34(4):694-6. PMID 26905806
20. Troponin marker for acute coronary occlusion and patient outcome following cardiac arrest
    Pearson DA, Wares CM, Mayer KA, Runyon MS, Studnek JR, Kraft KM, <u>Heffner AC</u>
    *West J Emerg Med.* 2015 Dec;16(7):1007-13. PMID 26759645
19. Outcomes in cardiac arrest patients due to toxic exposure treated with therapeutic hypothermia
    Modisett KL, Walsh SJ, <u>Heffner AC</u>, et al.
    *J Med Tox.* 2016 Feb 8; Epub ahead of print. PMID 26856349
18. Early treatment of severe acute respiratory distress syndrome
    Przybsz TM, <u>Heffner AC</u>
    *Emerg Med Clin North Am.* 2016 Feb;(34)1:1-14. PMID 26614238
17. Part 10: Special Circumstances of Resuscitation: 2015 American Heart Association Guidelines Update for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care
    Lavonas EJ, Drennan IR, Gabrielli A, <u>Heffner AC</u>, Hoyte CO, Orkin AM, Sawyer KN, Donnino WM
    *Circulation.* 2015 Nov; 132(18 Suppl 2):S501-18. PMID 26472998
16. Effect of prehospital initiation of therapeutic hypothermia in adults with cardiac arrest on time-to-target temperature
    Schenfeld EM, Studnek, J, <u>Heffner AC</u>, et al.
    *Can J Emerg Med.* 2015 May 1;17(3):240-247. PMID 26034909
15. Cardiac arrest with initial rhythm of pulseless electrical activity: do rhythm characteristics correlate with outcome?
    Hauck M, Studnek, J, <u>Heffner AC</u>, et al.
    *Am J Emerg Med.* 2015 July 33(7);891-894. PMID 25943040
14. ED prognostication of comatose of comatose cardiac arrest patients undergoing therapeutic hypothermia is unreliable
    Wares CM, <u>Heffner AC</u>, Ward SL, et al.
    *Am J Emerg Med.* Jun 33(6);802-806. PMID 25858162

13. Incidence and factors associated with cardiac arrest complicating emergency airway management
Heffner AC, Swords DS, Neale MN, et al.
*Resuscitation.* 2013 Nov; 84(11):1500-1504. PMID 23911630

12. Practical Aspects of Post Cardiac Arrest Therapeutic Hypothermia
Pearson DA, Heffner AC
*EM Critical Care* 2013 June; 3(3).

11. Whole blood lactate kinetics in patients undergoing quantitative resuscitation for severe sepsis and septic shock
Puskarich MA, Trzeciak S, Shapiro NI, et al. (#5)
*Chest.* 2013. 142(6):1548-1553. PMID 23740148

10. Regionalization of Post-Cardiac Arrest Care: Implementation of a Cardiac Resuscitation Center
Heffner AC, Pearson DA, Nussbaum M, Jones AE
*Amer Heart Journal.* 2012 Oct; 164(4):493-501. PMID 23067906

9. Predictors of the complication of post-intubation hypotension during emergency airway management
Heffner AC, Swords D, Nussbaum M, Kline JA, Jones AE
*J Crit Care.* 2012 July; 27(6):587-593. PMID 22762924

8. Prognostic value and agreement of achieving lactate clearance or central venous oxygen saturation goals during early sepsis resuscitation
Puskarich MA, Trzeciak S, Shapiro NI, et al (#5)
*Acad Emergency Med.* 2012; 19(3):252-258. PMID 22435856

7. The frequency and significance of post-intubation hypotension during emergency airway management
Heffner AC, Swords, D, Kline JA, Jones AE
*J Crit Care.* 2012 Aug; 27(4):417.e9-13. PMID 22033053

6. Outcomes of patients undergoing early sepsis resuscitation for cryptic shock compared to overt shock
Puskarich MA, Trzeciak S, Shapiro NI, et al (#4)
*Resuscitation.* 2011;(82):1289-1293. PMID 21752522

5. The association between intra-arrest therapeutic hypothermia and return of spontaneous circulation among individuals experiencing out of hospital cardiac arrest.
Garrett JS, Studnek JR, Blackwell T, et al (#6)
*Resuscitation.* 2011;82(1):21-25.

4. Etiology of illness in patients admitted to the hospital from the emergency department with severe sepsis.
Heffner AC, Horton JM, Marchick MR, Jones AE
*Clin Infect Dis.* 2010 Mar 15;50(6):814-20.

3. The effects of a quantitative resuscitation strategy on mortality in patients with sepsis: A meta-analysis.
Jones AE, Brown M, Trzeciak S, et al (#6)
*Crit Care Med.* 2008;36(10):2734-9.

2. Characteristics of Women with Fetal Loss in Symptomatic First Trimester Pregnancies with Documented Fetal Cardiac Activity
Juliano M, Dabulis S, Heffner A
*Ann Emerg Med.* 2008 Aug; 52(2):143-7.

1. Role of the Peripheral Intravenous Catheter in False-Positive D-Dimer Testing
Heffner A, Kline J
*Acad Emerg Med.* 2001 Feb;8(2):103-6.

**Original Contributions** – Case Reports Reviewed
_____

5. Successful use of intra-arrest thrombolysis for electrical storm due to acute myocardial infarction
   Reyner K, Heffner AC, Garvey L, Tayal V
   *Am J Emerg Med.* July;33(7):990.e5-8. PMID 25797864
4. Major hemorrhage from hepatic laceration after cardiopulmonary resuscitation
   Zahn G, Haugk M Pearson DA, Heffner AC
   *Am J Emerg Med.* July;33(7):990.e3-4. PMID 25680562
3. Successful outcome utilizing hypothermia after cardiac arrest in pregnancy
   Rittenberger JC, Kelly E, Jang D, Greer K, Heffner A
   *Crit Care Med.* 2008;36(4):1354-6. PMID 18379264
2. A Case of Lactation "Bovine" Ketoacidosis
   Heffner AC, Johnson DP
   *J Emerg Med.* 2007 Nov;35(4):385-7.
1. Treatment of severe carbon monoxide poisoning using a portable hyperbaric oxygen chamber
   Lueken RJ, Heffner AC, Parks PD
   *Ann Emerg Med.* 2006 Sep;48(3):319-22.

**Editorials**
_____

1. Therapeutic Cooling Saves Lives; Time to Get on Board!
   Heffner AC, Winters ME
   Emergency Medicine News. 2012 May;34(5B)
2. Trials stopped early for benefit? Not so fast!
   Heffner AC, Milbrandt EB, Venkataraman R
   *Crit Care.* 2007 Feb 22;11(1):305.

**Multi-media Works**
_____

4. Fluid Management
   EM Rap Audio Discussion, February 2011
3. Flexible Fiberoptic Intubation
   Airway World Video Module, 2010
2. PhotoStim Visual Diagnosis Cases
   Government Services ACEP Joint Services Symposium, March 2001
1. PhotoStim Visual Diagnosis Cases
   Virginia ACEP Symposium, July 2001

**Media Interviews and Contributions**
_____

5. How to scale sepsis across an entire health system
   The Advisory Board, Oct 2014
4. Arresting Sepsis Saves Money, Lives
   HealthLeader, June 2014
3. Charlotte Hospital Takes Part in Global Study of Sepsis
   Charlotte National Public Radio (NPR), Nov 2013
2. Omar Carter's Odyssey
   Charlotte Observer, July 2013
1. 'Code Cool' saves woman, unborn child
   WCNC News, June 2010

**Teaching Record**

| Course Faculty | |
|---|---|
| Difficult Airway Course - Critical Care™<br>National Course Instructor and Lecturer | 2015-present |
| Intern Simulation Common Critical Care Curriculum (4C) Program<br>Carolinas HealthCare System, Charlotte, NC | 2014-present |
| Critical Points™ Early Impact Critical Care<br>National Course Instructor | 2009-present |
| Difficult Airway Course - Emergency™<br>National Course Instructor and Lecturer | 2007-present |
| Carolinas Emergency Medicine Oral Board Review Course<br>Course Instructor, Charlotte, NC | 2001-2003 |

**Research Grant Investigation Contributions**

7. A Prospective, Randomized, Double-Blind, Multicenter, Phase 3 Study to Assess the Safety and Efficacy of Intravenous Ceftolozane/Tazobactam compared with Meropenem in Adult Patients with Ventilated Nosocomial Pneumonia (ASPECT)    4/2016-present
   Industry sponsored grant - Cubist/Merck
   PI: Polk CM, Role: Sub-Investigator

6. Randomized open label, multicenter, controlled study to assess safety and efficacy of ELAD® in subjects with acute alcoholic hepatitis who have failed steroid therapy
   Industry sponsored grant - Vital Therapies Incorporated    2013-2015
   PI: deLemos AS, Role: Sub-Investigator

5. L-Carnitine Treatment for Vasopressor Dependent Septic Shock    2012-present
   NIH – National Institute of General Medical Sciences; 1R01GM103799-01
   PI: Jones AE; Role: Sub-Investigator

4. Procalcitonin Decrease Over 72 Hours and Outcome in Patients with Severe Sepsis or Septic Shock    2011-2014
   Industry sponsored grant - Brahms, GmbH Global Medical Affairs
   PI: Runyon M; Role: Sub-Investigator

3. Randomized Trial of Tenecteplase to Treat Submassive Pulmonary Embolism
   Investigator Initiated Grant - Genentech    2008-2012
   PI: Kline JA; Role: Co-Investigator

2. L-Carnitine Administration in Early Sepsis    2010-2012
   AHA Post-Doctoral Fellow Grant; 10POST3560001
   PI: Puskarich M, Role; Co-Investigator

1. Rapid Administration of Insulin in Sepsis    2009-2010
   Internally funded Grant - Carolinas HealthCare System
   PI: Jones AE; Role: Co-Investigator

**Professional Activities and Services**

Society of Critical Care Medicine (SCCM)

|  |  |
|---|---|
| Abstract Reviewer, 46th Critical Care Congress | 2016 |
| Poster Moderator, 45th Critical Care Congress | 2016 |
| Abstract Reviewer, 45th Critical Care Congress | 2015 |
| Abstract Reviewer, 44th Critical Care Congress | 2014 |
| **Faculty**, 43rd Critical Care Congress | 2014 |
| Poster Moderator, 43rd Critical Care Congress | 2014 |
| Poster Moderator, 42st Critical Care Congress | 2013 |
| Abstract Reviewer, 42nd Critical Care Congress | 2012 |
| **Emergency Medicine Section Member at Large** | 2012-2015 |
| **Faculty**, 41st Critical Care Congress | 2012 |
| Poster Moderator, 41st Critical Care Congress | 2012 |
| Abstract Reviewer, 41st Critical Care Congress | 2011 |
| Abstract Reviewer, 40th Critical Care Congress | 2010 |
| **Carolinas / Virginias Chapter Board of Directors** | 2009-2014 |
| Fundamental Critical Care Support (FCCS) Instructor | 2008-2012 |

American College of Emergency Physicians (ACEP)

|  |  |
|---|---|
| **Faculty**, ACEP Scientific Assembly | 2016 |
| **Faculty**, ACEP Scientific Assembly | 2014 |
| **Faculty**, ACEP Scientific Assembly | 2013 |
| Oral Presentation Moderator, ACEP Scientific Assembly | 2013 |
| **Faculty**, ACEP Scientific Assembly | 2012 |
| Poster Moderator, ACEP Scientific Assembly | 2012 |
| Abstract Reviewer, ACEP Scientific Assembly | 2012 |

American Heart Association (AHA)

|  |  |
|---|---|
| 2015 Guidelines Writing Committee for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care | 2014-2015 |

Society of Academic Emergency Medicine (SAEM)

|  |  |
|---|---|
| Clinical Pathologic Case Conference Committee | 2003-2005 |

**Editorial and Review Activities**

| | |
|---|---|
| 20. *Circulation*<br>Invited ad hoc reviewer | 2016 |
| 19. *Canadian Journal of Emergency Medicine*<br>Invited ad hoc reviewer | 2015 |
| 18. *Journal of Critical Care*<br>Manuscript reviewer | 2014-present |
| 17. The Advisory Board Company<br>Consultant on Advisory Board Sepsis Collaborative | 2014-present |
| 16. *Circulation*<br>Invited ad hoc reviewer | 2014 |
| 15. *American Journal of Emergency Medicine*<br>Manuscript reviewer | 2014-present |
| 14. *Circulation: Cardiovascular Interventions*<br>Invited ad hoc reviewer | 2014 |
| 13. *Analgesia and Resuscitation: Current Research*<br>Invited ad hoc reviewer | 2014 |

| | |
|---|---|
| 12. *Airway Management SciTechnol* <br> Invited ad hoc reviewer | 2014 |
| 11. *International Journal of General Medicine* <br> Invited ad hoc reviewer | 2014 |
| 10. *Risk Management and Healthcare Policy* <br> Invited ad hoc reviewer | 2013 |
| 9. Elsevier *First Consult* <br> Invited ad hoc reviewer | 2013 |
| 8. *Critical Care Nurse* <br> Invited ad hoc reviewer | 2013 |
| 7. *Journal of Medical Toxicology* <br> Manuscript reviewer | 2011-present |
| 6. *Journal of Emergency Medicine* <br> Manuscript reviewer | 2011-present |
| 5. *Hospital Practice* <br> Invited ad hoc reviewer | 2011 |
| 4. *Academic Emergency Medicine* <br> Manuscript reviewer | 2010-present |
| 3. McMaster University Online Rating of Evidence (MORE) <br> Critical care and emergency medicine reviewer | 2009-present |
| 2. *Academic Emergency Medicine* <br> Invited ad hoc reviewer | 2007 |
| 1. *Critical Care Medicine* <br> Manuscript reviewer | 2007-present |

**CHS Committee Activities**

Carolinas HealthCare System

| | |
|---|---|
| **Sepsis Initiative Medical Director** | 2013-present |
| Critical Care Network Leadership Council | 2013-present |
| ICU Models of Care; Co-Chair | 2011-present |

Carolinas Medical Center

| | |
|---|---|
| **Critical Care Co-Director** | 2016-present |
| PCCC Critical Care Director | 2016 |
| Root Cause Analysis Physician Leader | 2016 |
| **Medical Executive Committee** | 2016-present |
| **Sentinel Event Leadership Team** | 2013-present |
| **Neuro-ICU Associate Director** | 2012-present |
| Neuro-ICU Operations Committee | 2012-present |
| Infection Prevention Committee | 2012-present |
| Emergency Medicine - Critical Care Curriculum Leader | 2012-2014 |
| Sentinel Event Task Force | 2011 |
| **Director of ECMO Services** | 2010-present |
| **Medical ICU Medical Director** | 2009-present |
| **Code Blue Committee Chair** | 2009-2013 |
| Rapid Response Team Director | 2009-2013 |
| Organ and Tissue Donation Committee Co-Chair | 2009-2014 |
| Quality Assessment and Improvement Committee | 2009-2013 |
| Intensive Care Advisory Committee | 2009-2016 |
| Surgical Critical Care Outcomes Committee | 2009-present |
| Surgical Critical Care Fellowship Committee | 2009-present |

| | |
|---|---|
| Infection Control Committee | 2008-2011 |
| **Therapeutic Hypothermia "Code Cool" Co-Director** | 2007-present |
| Code Sepsis Committee Leader | 2007-present |
| Trauma Outcomes Committee | 2007-2014 |
| Code Blue Committee | 2007-present |
| Organ and Tissue Donation Committee | 2007-present |
| Pulmonary & Critical Care Consultants Education Committee | 2007-present |
| MICU Blood Product Utilization QI Leader | 2007-2009 |

Pulmonary and Critical Care Consultants
| | |
|---|---|
| **Critical Care Director** | 2015-present |
| **Steering Committee** | 2010-present |

Naval Medical Center Portsmouth
| | |
|---|---|
| Code Blue Committee | 2000-2003 |

Testimonial History for Alan C. Heffner, MD.

| Year | Lawyer / Firm | Case | Topic |
|------|---------------|------|-------|
| 2013 | Claire Modlin: McGuire Woods LLP | v. Gaillard and Baptist Hospital | Post-extubation failure with CA |
| 2015 | Shirley DeLuna: Billing, Cochrane, Lyles… | Silkworth v. Boca Raton Regional Hospital | MVC, L/S Fx, cord injury |
| 2016 | Jack Gresh: Hall, Booth, Smith, Charleston, SC | Gatrell v. Aiken MC, Carter | Flu, MRSA PNA, sepsis, limb injury |

**EXHIBIT B**

Alan C. Heffner, MD

5 March 2017

Shawn F. Brousseau
Napierski, VanDenburgh, Napierski & O'Connor, LLP
296 Washington Avenue Extension, Suite 3
Albany, NY 12203

Re:     Written report of expert opinion by Alan C. Heffner, MD
        Case Claim No.: 30722822, NVNO File No.: 05779

Dear Mr. Brousseau,
Per our prior agreement, I am engaged by the law firm of Napierski, VanDenburgh and Napierski,
LLP of Albany, NY to review records and render an opinion on the care in the case of John C.
Breitenbach, Jr as Administrator of the estate of Deborah Breitenbach (herein referred to as
patient) v. Nancy A. Caffrey, RPA-C, Moses-Ludington Hospital and Inter-Lakes Health, Inc. To
that end, I have reviewed the following materials:
        Medical records from Moses-Ludington Hospital
        Medical records from Lamoille Ambulance Service
        Medical records from Fletcher Allen Health Care (University of Vermont Medical
Center, Burlington, VT)
        Medical records from Hudson Headwaters
        Plaintiff's Second Amended Complaint
        Plaintiff's expert witness disclosure

My qualifications for this review include the practice of emergency medicine and critical care
medicine and special interest and experience in emergency airway management (see CV
enclosed). Expert review rate for this work is $300 per hour and $3500 per day of testimony. A
description of expert testimony over the preceding four years is enclosed. I certify that my
opinions have never been disqualified in court and I have not been found guilty of fraud or
perjury in any jurisdiction. All opinions contained in this report are stated to a reasonable degree
of medical certainty.

**Case chronology**
The patient is a 60-year-old female with hypertension and hypercholesterolemia who presented to
Moses Ludington Hospital Emergency Department at 08:55 on 4/21/2014 with chief complaint of
"aspirin stuck in throat".

She was evaluated by Nancy A. Caffrey, RPA-C at 09:05 who performed a history and physical
exam. Documentation details absence of respiratory symptoms or signs, normal pharynx, voice,
and swallowing, and no cervical adenopathy or distress. The patient was discharged at 09:11 with
the diagnosis of esophageal foreign body sensation following patient education and follow up
instructions.

The patient returned to Ticonderoga Health Clinic at 18:47 with chief complaint of sore throat
and headache. She reported throat pain and swelling with difficulty breathing and swallowing,

and endorsed fever and chills. Exam was notable for moderate distress, tachycardia, audible stridor, left face and neck swelling, and difficulty breathing. No treatment was provided.

The patient was referred to the Moses Ludington Emergency Department and arrived by private vehicle at 19:41 where she was evaluated by Nancy A. Caffrey, RPA-C. Chief complaint was "worsening sore throat and hoarseness". Initial exam was notable for ill appearance, hoarse and muffled voice, and tender neck swelling. Epiglottitis was suspected and diagnostic studies and treatment were initiated for this disease.

The case was discussed with an otolaryngology specialist (ENT) Dr. Hubbell, which distilled a plan for immediate transfer to Fletcher Allen Health Care.

Serial evaluations identified deteriorating status, marked by stridor and increased work of breathing. Transfer without airway management was deemed dangerous and Ms. Caffrey contacted Dr. Toni Sturm who evaluated the patient at 20:45 and discussed the case with Dr. Hubbell. They agreed on the priority to secure the patient's airway prior to inter-facility transport.

An airway management plan was devised and discussed prior to intervention which commenced at approximately 21:08.

Awake anesthetized visualization of the airway was complicated and the patient exhibited continued deterioration. Rapid sequence induction was performed. Visualization under these conditions was also complicated and attempted intubation resulted in esophageal intubation, that was immediately recognized. Rescue needle cricothyrotomy failed to provide adequate ventilation. Open surgical cricothyrotomy was undertaken with difficult placement of the endotracheal tube.

The patient deteriorated to cardiac arrest during attempts to secure the airway. Ultimately, open surgical cricothyrotomy was successful via passage of a 3-0 endotracheal tube. The patient was resuscitated from cardiac arrest.

Post intubation management provided by Ms. Caffrey and Dr. Sturm included securing the airway, surgical site hemostasis, management of hemodynamics, and initiation of therapeutic cooling.

The Lamoille Ambulance Service crew was dispatched to Moses Ludington Emergency Department for inter-facility transport of the patient at 20:36. They arrived at 20:46 and witnessed the critical patient situation and assisted with resuscitation.

Lamoille Ambulance Service left Moses Ludington Emergency Department with the patient at 23:00 and arrived at Fletcher Allen Health Care Emergency Department at 23:55.

Hypoxemic respiratory failure, shock and persistent coma were recognized in the emergency department and following hospital admission at Fletcher Allen Health Care.

ENT and anesthesia laryngoscopy attempts revealed distorted anatomy and difficult airway visualization with initial failed attempts at orotracheal intubation. Anesthesia performed orotracheal intubation with assistance of an airway bougie.

Serial exams and imaging in the hospital were consistent with anoxic brain injury. The family elected withdrawal of life support measures and donation after cardiac death which was performed on 4/22/14.

**Standard of care**

Standard of care for the first patient encounter required a complaint focused history and examination to evaluate for treatable or dangerous clinical conditions. Standard of care during the second patient encounter required recognition of the emergency condition of upper airway compromise and management of this condition. Standard of care for the management of rapidly evolving upper airway obstruction required recognition of a difficult airway situation and use of an organized airway management plan.

**Opinions**

1. The totality of care including important case features detailed below met or exceeded the prevailing standard of care for this clinical situation. Specifically:

2. The first emergency department evaluation was focused and appropriate for the patient's complaint. Cardinal features of serious upper airway disease, including epi- and supraglottitis, were absent. Medical decision making highlighted a reasonable diagnosis. Management and discharge instructions were appropriate.

3. Patient management during the return emergency department encounter was correct and appropriate for the patient's clinical condition and available resources. Specifically:

4. Ms. Caffey quickly recognized the patient's acuity and suspected supraglottitis. Confirmatory diagnostic studies and initial treatment with intravenous fluids, antibiotics and steroids were timely and appropriate.

5. Consultation with the nearest off-site ENT specialist, with anticipation of transfer, was timely and appropriate.

6. Ms. Caffey exhibited insight in recognizing progressive patient deterioration marked by signs of critical airway compromise and impending airway obstruction. As such, the decision to delay patient transfer and attend to the patient's impending and life threatening airway obstruction was prudent and exemplified good medical judgment.

7. Real-time discussion with the off-site ENT specialist corroborated this plan. There were no additional on-site providers with more experience to handle the situation.

8. The team appropriately recognized the patient's clinical features and anticipated complicated upper airway anatomy and difficult airway management.

9. The team quickly developed a thoughtful stew-wise airway management plan that started with awake anesthetized video laryngoscopy. Inadequate airway visualization and continued patient deterioration represented a forced to act scenario. Rapid sequence intubation was undertaken to optimize laryngoscopy view with a double set-up approach incorporating preparation for emergency cricothyrotomy. The patient's anterior neck landmarks were identified and marked prior to undertaking airway management. Although complicated, the

airway plan was executed in the anticipated sequence based on airway findings and patient condition. Bag-valve-mask was attempted during and between airway maneuvers. Per the plan, cricothyrotomy was attempted following failed laryngoscopy and thirteen minutes prior to cardiac arrest.

10. The high risk of patient deterioration during airway management was recognized *a priori*. Deterioration, including cardiac arrest, does not represent a deficiency in medical decision making, preparation or technical proficiency. Rather, the management of this rare and rapidly evolving emergency illustrate a thoughtful and deliberate strategy and plan execution.

11. Timely and appropriate post-intubation and post-cardiac arrest care that included cardiopulmonary support and therapeutic cooling exemplifies detailed attention to this critical patient.

Ms. Caffrey exhibited reasonable and appropriate medical judgment in the management of this patient. I believe a reasonably prudent medical provider would make the same decisions and take these same actions under similar circumstances.

These opinions may be revised based on additional case facts and information that becomes available.

**Pertinent literature and exhibits**:
Woods, CR. Epiglottitis (supraglottitis): Clinical features and diagnosis
UpToDate; Wolters Kluwer. 2016

Manual of Emergency Airway Management, 4th Ed. Lippincott, Williams and Wilkins, 2012.

Additional exhibits may be provided.

Sincerely,

Alan C. Heffner, MD