

**NVNO**

Napierski, VanDenburgh,
Napierski & O'Connor, LLP

Attorneys and Counselors at Law

296 Washington Avenue Ext. Suite 3, Albany, New York 12203
Phone: (518) 862-9292 Fax: (518) 862-1519
**www.nvnolaw.com**

CHRISTINE M. NAPIERSKI
EUGENE DANIEL NAPIERSKI *
JOHN W. VANDENBURGH
SHAWN F. BROUSSEAU
KIMBERLY E. KENEALY ^
THOMAS J. O'CONNOR
MARK J. DOLAN °

EUGENE E. NAPIERSKI, *Partner Emeritus*

DIANE LUFKIN SCHILLING
ANDREW S. HOLLAND ∞
DAVID C. WHITE
SARA A. McGRATH
RONNIE SILLS LINDBERG

Paralegals
STEPHEN J. SCHMITT
KRISTEN S. CHAMBERLAINE

Also Admitted In:
*  North Carolina
^  Massachusetts
°  Connecticut
∞  New Jersey

July 8, 2019

**VIA E-MAIL**
Hon. Norman A. Mordue
Senior U.S. District Judge
James M. Hanley Federal Building
100 South Clinton Street
P.O. Box 7336
Syracuse, New York 13261-7336

Re:  Breitenbach v. USA, et al.
1-16-cv-00011 (NAM/CFH)
Our File No.: 05779

Dear Judge Mordue:

On behalf of my clients and co-defendant U.S.A. I have filed a partially executed joint pre-trial stipulation. Co-defendant's counsel actively participated in the preparation of the partially executed Joint Pre-Trial Stipulation I have filed today.

I have sought out input and additions from plaintiff's counsel since June 19, 2019 but have received no response despite several calls and emails. On July 2, 2019, I provided a draft Joint Pre-Trial stipulation to plaintiff (receipt of which was acknowledged) but still received no response despite assurances that material would be provided this morning.

Very truly yours,

NAPIERSKI, VANDENBURGH,
NAPIERSKI & O'CONNOR, LLP

By:

SHAWN F. BROUSSEAU

**VIA CM/ECF**

cc:  William J. White, Esq.
Attorneys for Plaintiff
Brennan & White, LLP
163 Haviland Road
Queensbury, New York 12804

Karen Folster Lesperance, Esq.
United States Attorney's Office
 Northern District of New York
James T. Foley United States Courthouse
445 Broadway, Room 218
Albany, New York 12207