UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

JOHN C. BREITENBACH, JR.,
Individually and as Executor of the
Estate of DEBORAH J. BREITENBACH,

        Plaintiff,

v.

UNITED STATES OF AMERICA;
NANCY A. CAFFREY, R.P.A-C;
MOSES-LUDINGTON HOSPITAL;
and INTER-LAKES HEALTH, INC.,

        Defendants.

-----------------------------------------------------------------

NOTICE OF APPEARANCE

1:16-CV-00011 (NAM/CFH)

**PLEASE TAKE NOTICE,** that Kevin P. Kuehner, Kuehner Law Firm, PLLC will be working as co-counsel to the Brennan, White Law Firm on behalf of the Plaintiff John C. Breitenbach, Individually and as Executor of the Estate of Deborah J. Breitenbach. The office location for this firm is 217 Montgomery Street, Suite 100, Syracuse, New York, 13202. The office telephone number is (315) 474-8888.

Dated: November 12, 2019

Kevin P. Kuehner, Esq.
Kuehner Law Firm, PLLC
217 Montgomery Street, Suite 100
Syracuse, NY 13202
(315) 474-8888

TO: (VIA ECF)
John R. Brennan
Brennan, White Law Firm
163 Haviland Road
Queensbury, NY 12804
*Attorney for Plaintiff*

Grant C. Jaquith
United States Attorney
Karen Folster Lesperance
Assistant United States Attorney
Office of the United States Attorney
445 Broadway, Room 218
Albany, NY 12207
*Attorneys for the Defendant United States of America*

Konstandinos D. Leris
Shawn F. Brousseau
Napierski, Vandenburgh Law Firm
296 Washington Avenue Extension
Albany, NY 12203
*Attorneys for Defendants Caffrey, Moses-Ludington Hospital, and Inter-Lakes Health, Inc.*