# KUEHNER LAW FIRM, PLLC
THE HILLS BUILDING
217 MONTGOMERY STREET, SUITE 100
SYRACUSE, NEW YORK 13202
(315) 474-8888 *Voice*
(315) 474-8889 *Facsimile*

November 15, 2019

Hon. Norman A. Mordue
Senior U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

RE: *Breitenbach v. United States,* 16-cv-0011 (NAM/CFH)

Dear Judge Mordue:

On behalf of all the parties to this case, I am happy notify you that the parties have resolved this case with a negotiated settlement late this afternoon. We will be circulating and filing the necessary paperwork in the near future.

The parties would like to jointly thank you, and your staff, for the courtesies that have been extended to us.

Should you have any questions, please do not hesitate to contact me.

Respectfully,

**KUEHNER LAW FIRM, PLLC**

Kevin P. Kuehner
Bar Roll No.: 514617